[No. 27728-0-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RYAN UPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 01-8-00017-2, E. Thompson Reynolds, J., entered August 15, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 27810-3-II.   Division Two.   June 21, 2002.]

FREIDA L. HIGGERSON, ET AL., *Appellants*, v. PINELINE CONSTRUCTION LTD., *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-2-00627-9, Thomas J. Majhan, J., entered August 17, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 27847-2-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00182-5, Toni A. Sheldon, J., entered September 6, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 28034-5-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE KUNZE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00773-1, Robert L. Harris, J., entered May 9, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.